IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ROBERTA F. MILLER,                         No. 3:12-cv-1222-AC

        Plaintiff,

    v.

CITY OF PORTLAND, et al.,                   ORDER

        Defendants.

HERNANDEZ, District Judge:

Magistrate Judge Acosta issued a Findings and Recommendation (#67) on April 27,

2018, in which he recommends that this Court grant in party and deny in part Plaintiff's motion

for attorney's fees. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and

Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were

timely filed, I am relieved of my obligation to review the record *de novo*. *United States v. Reyna-*

*Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v. Bernhardt*, 840

F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's

report to which objections have been made). Having reviewed the legal principles *de novo*, I find

1 - ORDER

no error.

## CONCLUSION

The Court ADOPTS Magistrate Judge Acosta's Findings & Recommendation [67].

Accordingly, Plaintiff's motion for attorney's fees [40] is granted in part and denied in part.

Plaintiff is awarded $6,000 in attorney's fees.

IT IS SO ORDERED.

DATED this ___7___ day of __June__, 2018

MARCO A. HERNANDEZ
United States District Judge